```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LEE,

               Plaintiff(s),

-v-

RIVERBAY CORPORATION, ET AL.,

               Defendant(s).

**ORDER**

22-CV-7504 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 29, 2024, the parties filed a joint status report, requesting that the Court stay this action and adjourn the case management conference scheduled for October 31, 2024 and the deadline for Defendants to answer the Amended Complaint. ECF No. 28. The parties' motion to stay the action is hereby DENIED and the parties' motion to adjourn the conference and deadline to answer is hereby GRANTED.

The deadline for Defendants to answer the Amended Complaint is adjourned to December 18, 2024.

The case management conference currently scheduled for October 31, 2024 is adjourned to January 8, 2025 at 2:00 p.m. by telephone. The parties shall contact the Court at +1 646-453-4442 (Conference ID: 290 917 963#). The deadline to submit the parties' proposed case management plan is likewise adjourned and should be submitted by email to RicardoNYSDChambers@nysd.uscourts.gov no later than 2 business days before the January 8, 2025 conference.

**SO ORDERED.**

Dated: October 30, 2024
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge