AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern  District of  New York

James Lee
Plaintiff (s),

V.

Warren Mitchell et al
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:22-cv-7504

Notice is hereby given that, subject to approval by the court, __Warren Mitchell__ substitutes
(Party (s) Name)

__Michael Poreda__, State Bar No. __4938304__ as counsel of record in
(Name of New Attorney)

place of __Brian Shenker, Jackson Lewis, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Lydecker
Address: 200 Broadhollow Road, Suite 207, Melville, NY 11747
Telephone: (631) 260-2030   Facsimile (631) 336-2030
E-Mail (Optional): mporeda@lydecker.com

I consent to the above substitution.
Date: 12/16/2024

*Warren Mitchell*
(Signature of Party (s))

I consent to being substituted.
Date: 12/16/24

Jackson Lewis P.C., by Brian Shenker
/s/ Brian Shenker
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/16/2024

Michael Poreda   Digitally signed by Michael Poreda
Date: 2024.12.16 11:48:07 -05'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 17, 2024

[signature]
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]