UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LEE,

               Plaintiff,

       -v-

RIVERBAY CORPORATION, ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/17/2024__

**ORDER**

22-CV-7504 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On December 16, 2024, Defendants filed a Letter Motion for an extension of time to answer the complaint and to adjourn the January 8, 2025 case management conference, with Plaintiff's consent.  ECF No. 30.  Defendants' Letter Motion is hereby GRANTED.

    The deadline for Defendants to answer the Amended Complaint is extended from December 18, 2024 to January 21, 2025.

    The case management conference currently scheduled for January 8, 2025 is adjourned to January 24, 2025 at 11:00 a.m. by telephone.  The parties shall contact the Court at +1 646-453-4442 (Conference ID: 290 917 963#).  The deadline to submit the parties' proposed case management plan is likewise adjourned and should be submitted by email to RicardoNYSDChambers@nysd.uscourts.gov no later than 2 business days before the January 24, 2025 conference.

    The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 30 as GRANTED.

**SO ORDERED.**

Dated: December 17, 2024
      New York, New York

Henry J. Ricardo
United States Magistrate Judge