UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JAMES LEE,

                              Plaintiff,

        -against-

RIVERBAY CORPORATION,
RESIDENTIAL MANAGEMENT GROUP,
LLC d/b/a DOUGLAS ELLIMAN
PROPERTY MANAGEMENT, NOEL
ELLISON, WARREN MITCHELL,
INELLE COOPER, and ROBERT
KLEHAMMER,

                              Defendants.
-------------------------------------------------------x

No. 22-CV-7504-LTS-HJR

ORDER OF DISMISSAL

        The Court has been advised that this action has been or will be settled. Accordingly, it is hereby ORDERED that this action is dismissed without costs to any party, but without prejudice to restoration of the action to the calendar of the undersigned if an application to restore the action is made within sixty (60) days of the date of this Order. If a party wishes the Court to retain jurisdiction in this matter to enforce any settlement agreement, they must move to restore the action and submit the settlement agreement to the Court before this sixty (60)-day period expires. To extend the sixty (60)-day period, for purposes of restoring the action or finalizing or submitting the settlement, a party must make a letter application before the period expires.

        If no application to restore the action or extend the time within which it may be settled is made before the expiration of the 60-day period and any extensions thereof, today's dismissal of the action is with prejudice.

        SO ORDERED.

Dated: New York, New York
          May 19, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge